Beth E. Levine, Esq.
Andrew W. Caine, Esq. (admitted *pro hac vice*)
Jason S. Pomerantz, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: blevine@pszjlaw.com
       acaine@pszjlaw.com
       jspomerantz@pszjlaw.com

*Counsel to Plaintiff Runway Liquidation, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUNWAY LIQUIDATION HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10466 (SCC)<br><br>(Jointly Administered) |
| RUNWAY LIQUIDATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COLLECTION XIIX, LTD.,<br><br>Defendant. | Adv. Proc. No. 19-01039 (SCC) |

**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, Runway Liquidation, LLC ("Plaintiff") and defendant, Collection XIIX,

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

DOCS_NY:38876.1 08467/001

Ltd. ("Defendant"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on February 26, 2019, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on February 27, 2019; and

WHEREAS, on March 8, 2019, Defendant was served with the Summons and Complaint;

The parties hereby stipulate and agree to the matters set forth below:

1. The time by which Defendant is required to answer the Complaint is extended through and including May 20, 2019.

2. Defendant does not challenge personal jurisdiction and waives any objection to service of process of the summons and complaint in this adversary proceeding.

Dated: March 29, 2019

**PACHULSKI STANG ZIEHL & JONES LLP**
Counsel to Plaintiff, Runway Liquidation, LLC

By: /s/ Beth E. Levine
   Beth E. Levine, Esq.
   Andrew W. Caine, Esq. (admitted *pro hac vice*)
   Jason S. Pomerantz, Esq. (admitted *pro hac vice*)
   780 Third Avenue, 34th Floor
   New York, NY 10017
   Tel.: (212) 561-7700
   Fax: (212) 561-7777
   Email: blevine@pszjlaw.com
          acaine@pszjlaw.com
          jspomerantz@pszjlaw.com

Dated: March 29, 2019

~~GROUP L CONSULTING~~
Counsel for Collection XIIX, Ltd.

By: [signature]
   Michael Lichtenstein
   420 Lexington Ave, Room 300
   New York, NY 10170-0399
   Telephone: (212) 297-6147
   Email: grouplconsulting@gmail.com

DOCS_NY:38876.1 08467/001